ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture
FRANK D. KORTUM
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 110984
    United States Courthouse
    312 North Spring Street, 14th Floor
    Los Angeles, California 90012
    Telephone:  (213) 894-5710
    Facsimile:  (213) 894-7177
    E-Mail:  Frank.Kortum@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: SACV 12-00095-CJC (ANx) |
| Plaintiff, | **CONSENT JUDGMENT** |
| vs. | |
| $200,000.00 IN BANK FUNDS, | |
| Defendants. | |
| RICHARD AYVAZYAN, MARIETTA TER-ABELIAN, AND ZHANETA MOMDZAYAN, | |
| Claimants. | |

    This civil forfeiture action was commenced on January 19, 2012.  Claimants Richard Ayvazyan, Marietta Ter-Abelian, and Zhaneta Momdzayan ("Claimants") filed claims on March 1, 2012.

1

No other claims or answers were filed, and the time for filing claims and answers has expired.  Plaintiff and Claimant have made a stipulated request for the entry of this consent judgment of forfeiture resolving all claims concerning the defendant $200,000.00 in Bank Funds ("defendant funds").

The Court has been duly advised of and has considered the matter.  Based upon the mutual consent of the parties hereto and good cause appearing therefor, the Court hereby **ORDERS, ADJUDGES AND DECREES** that the defendant funds and all interest earned on the entirety of the defendant funds since seizure, are hereby forfeited to the United States, and no other right, title or interest shall exist therein.

//
//
//
//
//
//
//
//
//
//
//
//
//

1   The Court finds that there was reasonable cause for the
2  seizure of the defendant funds and the institution of this
3  action.  This consent judgment shall be construed as a
4  certificate of reasonable cause pursuant to 28 U.S.C. § 2465.
5  Each of the parties shall bear its own fees and costs in
6  connection with the seizure, retention and forfeiture of the
7  defendant funds.

DATED: June 25, 2014

_____
THE HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

Presented by:

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

      /s/ Frank D. Kortum      
FRANK D. KORTUM
Assistant United States Attorney
Attorney for Plaintiff
UNITED STATES OF AMERICA

3